# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV414-H

| | |
|---|---|
| JENNIFER ELLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S HOME CENTERS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the oral Motion of the parties made during the Initial Pretrial Conference presided over by the undersigned. For the reasons discussed at the Conference, the Court's "Pretrial Order and Case Management Plan" will be modified as follows:

- All discovery shall be complete no later than June 30, 2007.

- The Plaintiff shall provide reports from its expert witnesses by March 31, 2007.

- The Defendants shall provide reports from their expert witnesses by April 30, 2007.

- All motions except motions in limine and motions to continue shall be filed no later than July 31, 2007.

These modifications along with the provisions of the Pretrial Order and Case Management Plan shall govern this case from the date of filing through discovery, the filing of all motions, mediation or other alternative dispute resolution, and trial.

**SO ORDERED.**

Signed: December 12, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge